DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EQRAMUL CHOWDHURY** and **DANIELLE MARA CHOWDHURY,**
Appellants,

v.

**AXOS BANK,**
Appellee.

No. 4D2022-1013

[December 14, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE20013010.

Eqramul I. Chowdhury and Danielle Mara Chowdhury, Weston, pro se.

Lee D. Mackson and Michelle G. Hendler of Shutts & Bowen LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***